# Court of Appeals
# of the State of Georgia

ATLANTA,___March 26, 2013___

*The Court of Appeals hereby passes the following order:*

**A13D0220.  PHILLIP DALENBERG v. JENNIFER DALENBERG.**

On February 8, 2013, we dismissed Phillip Dalenberg's application for discretionary appeal as untimely.  Dalenberg has filed a motion for reconsideration, and has provided documentation showing that his application was timely filed. Therefore, we hereby GRANT Dalenberg's motion for reconsideration.  The February 8, 2013, order dismissing his application is VACATED, and the application is REINSTATED.

After full consideration of the merits of Dalenberg's application for discretionary review, we hereby GRANT the application.

Dalenberg shall have ten days from the date of this order to file a notice of appeal in the superior court, provided that he has not otherwise filed a timely notice of direct appeal. The clerk of the superior court is directed to include a copy of this order in the record transmitted to this court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/26/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*